**Motion Granted; Dismissed and Memorandum Opinion filed April 22, 2021.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-21-00061-CV

---

### PRECISION-HAYES INTERNATIONAL, INC., Appellant

### V.

### JDH PACIFIC, INC., Appellee

---

**On Appeal from the 400th District Court
Fort Bend County, Texas
Trial Court Cause No. 19-DCV-261720**

---

### MEMORANDUM OPINION

This is an attempted appeal from the trial court's refusal to rule. On April 5, 2021, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Hassan.